# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Aditya Raj Sharma (1) | ) | Case No. CR 20-261 DSD/TNL |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Aditya Raj Sharma                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court
                                                                                                            ☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Wire Fraud, 18:1343.

Date: 11/10/2020

*Issuing officer's signature*

City and state:   Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____