# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-261 (DSD/TNL) |
| Plaintiff, | |
| v. | **ARRAIGNMENT NOTICE**<br>**&**<br>**ORDER** |
| Aditya Raj Sharma, | |
| Defendant. | |

This matter comes before the Court on Defendant Aditya Raj Sharma's Third Motion for Extension of Time to File Pretrial Motions, ECF No. 29, and Third Motion to Exclude Time Under the Speedy Trial Act, ECF No. 30. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act, ECF No. 31. Defendant requests a two-month extension of time as "all parties agree that more time is needed to review the case and continue settlement discussions." ECF No. 29 at 1. The Government has no objection to the requested extension.

Additionally, beginning on March 13, 2020, and continuing thereafter, the Honorable John R. Tunheim, Chief District Judge for the United States District Court for the District of Minnesota, has issued a series of General Orders in connection with the COVID-19 pandemic, addressing, among other things, criminal proceedings and trials.[1] On February 12, 2021, Chief Judge Tunheim entered General Order No. 26, which

---

[1] All General Orders related to the COVID-19 pandemic may be found on the Court's website at https://www.mnd.uscourts.gov/coronavirus-covid-19-guidance.

continues all in-person hearings, unless the presiding judge determines that an in-person hearing is necessary, through May 2, 2021, and orders that no new criminal trial may commence before May 3, 2021. *See generally In re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID-19*, Gen. Order No. 26 (D. Minn. Feb. 12, 2021).

General Order No. 26 continues to encourage the use of videoconferencing in criminal proceedings and states that, with the defendant's consent, criminal proceedings will be conducted by videoconferencing, or telephone conferencing if videoconferencing is not reasonably available.[2] General Order No. 26 further provides that the presiding judge will enter orders in individual cases to extend deadlines and exclude time under the Speedy Trial Act to address delays attributable to COVID-19. **Accordingly, should Defendant file pretrial motions, counsel shall also file a letter indicating whether Defendant consents to arraignment and a motions hearing by videoconference.**

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable

---

[2] *See also* General Order No. 19, which went into effect on September 26, 2020, and extended the Court's authorization to conduct certain criminal proceedings via video or telephone conference pursuant to the CARES Act "[b]ecause the emergency created by the COVID-19 outbreak continues to materially affect the functioning of court operations in the District of Minnesota," *In re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID-19*, Gen. Order No. 19 (D. Minn. Sept. 25, 2020); General Order No. 24, which went into effect on December 25, 2020, vacated General Order No. 19, and extended the Court's authorization to conduct certain criminal proceedings via video or telephone conference pursuant to the CARES Act "[b]ecause the emergency created by the COVID-19 outbreak continues to materially affect the functioning of court operations in the District of Minnesota." *In re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID-19*, Gen. Order No. 24 (D. Minn. Dec. 22, 2020).

time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    Defendant's Third Motion for Extension of Time to File Pretrial Motions, ECF No. 29, is **GRANTED**.

2.    Defendant's Third Motion to Exclude Time Under the Speedy Trial Act, ECF No. 30, is **GRANTED**.

3.    The period of time from **February 24 through May 27, 2021**, shall be excluded from Speedy Trial Act computations in this case.

4.    **The arraignment hearing shall take place before the undersigned on May 27, 2021 at 1:30 p.m., in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.**

5.    All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 5, 2021**.   D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.

6.    **Should Defendant file pretrial motions, counsel shall also file a letter on or before May 5, 2021, indicating whether Defendant consents to arraignment and a motions hearing by videoconference**.

7.    Counsel shall electronically file a letter on or before **May 5, 2021**, if no motions will be filed and there is no need for hearing.

8.    All responses to motions shall be filed by **May 19, 2021**. D. Minn. LR 12.1(c)(2).

9.      Any Notice of Intent to Call Witnesses shall be filed by **May 19, 2021**.  D. Minn. LR. 12.1(c)(3)(A).

10.     Any Responsive Notice of Intent to Call Witnesses shall be filed by **May 24, 2021**.  D. Minn. LR 12.1(c)(3)(B).

11.     A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

      a.      The government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

12.     **If required, the motions hearing shall take place before the undersigned on May 27, 2021, at 1:30 p.m., in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn. LR 12.1(d).**

13.     **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for United States District Judge David S. Doty to confirm the new trial date.**


Dated: February_____25_____, 2021

                                 _____*s/ Tony N. Leung*_____
                                 TONY N. LEUNG
                                 United States Magistrate Judge
                                 District of Minnesota

                                 *United States v. Sharma*
                                 Case No. 20-cr-261 (DSD/TNL)