UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-261 (DSD/TNL)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| v. | ) | **FILE SENTENCING POSITION** |
| | ) | **PLEADINGS** |
| ADITYA RAJ SHARMA, | ) | |
| | ) | |
| Defendant. | ) | |

The defense moves to extend the date for the filing of sentencing position pleadings from **October 27, 2021** to **November 23, 2021**. Defense counsel has conferred with Assistant United States Attorney Matthew Ebert, who does <u>not</u> object, but requests the new deadline apply to both parties.

The final PSR was disclosed on October 13, 2021, and the parties' Positions Regarding Sentencing are due October 27, 2021. The undersigned counsel seeks an extension of just less than one month due to the undersigned's current case load and court schedule. Mr. Sharma is out of custody and there is no sentencing date yet scheduled.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: October 19, 2021

s/ Elizabeth Duel
Ryan P. Garry (Attorney No. 0336129)
Elizabeth R. Duel (Attorney No. 0393619)
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com | elizabeth@ryangarry.com

**BIRRELL LAW FIRM, PLLC**

Andrew S. Birrell (Attorney No. 133760)
Attorneys for Defendant
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 238-1939
andy@birrell.law