# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Aditya Raj Sharma          Docket No. 0864 0:20CR00261-001(DSD)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Krystal A. Taylor, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Aditya Raj Sharma** who was continued under pretrial supervision by the Honorable David S. Doty, sitting in the Court at Minneapolis, Minnesota, on the 28th day of July, 2021, under the following conditions, in part:

- Pretrial Services Supervision
- Must Not Violate Federal, State, or Local Law
- Report Law Enforcement Contact to Supervising Officer within 72 Hours

The defendant is pending sentencing for Wire Fraud, in violation of 18 U.S.C. § 1343.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On or about October 5, 2021, a Petition for a Harassment Restraining Order was filed by K.E.K.-D. against the defendant in Dakota County, Minnesota, District Court (case 19AV-CV-21-1760). This officer has obtained information that the defendant was served the Harassment Restraining Order in connection this matter on October 6, 2021. The defendant did not report being served the Harassment Restraining Order or any the contact with law enforcement with this officer as required within 72 hours.

The above actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

PRAYING THAT THE COURT WILL ORDER that a summons be issued and a hearing be held to show cause why his pretrial release should not be revoked.

ORDER OF THE COURT

Considered and ordered this 10th day of November, 2021, and ordered filed and made a part of the records in the above case.

s/David S. Doty
Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Krystal A. Taylor
Krystal A. Taylor
U.S. Probation Officer
612-664-5352

Executed on    November 9, 2021

Place         Minneapolis

Approved:

s/ Nicole Smith

Nicole Smith
Supervising U.S. Probation Officer