UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 20-261 (DSD/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADITYA RAJ SHARMA, )<br>)<br>Defendant. ) | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE POSITION PLEADINGS** |

The parties jointly filed a motion to extend the deadline for filing sentencing position pleadings, which currently are due Tuesday, November 23, 2021. (Dkt. 76.) The parties jointly request that the deadline be extended until two weeks before the sentencing hearing. A sentencing hearing in this matter has not yet been set.

After consideration of the joint motion, the reasons stated therein, and the accompanying record, **IT IS HEREBY ORDERED** that the parties' joint motion to extend time to file position pleadings, (Dkt. 76), is **GRANTED.** The parties shall file their position pleadings no later than two weeks before the sentencing date set by the Court.

Date: November 18, 2021

s/David S. Doty
David S. Doty, Judge
United States District Court