IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REVOCATION

United States of America,

        Plaintiff,

v.

Aditya Raj Sharma,

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Tony N. Leung
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 20-cr-261 DSD/TNL |
| Date: | November 24, 2021 |
| Video Conference | |
| Time Commenced: | 1:19 p.m. |
| Time Concluded: | 1:26 p.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

  Plaintiff: Allen Slaughter, Assistant U.S. Attorney
  Defendant: Ryan Garry
         X Retained

Date Charges Filed: 11/10/2021        Offense: failed to report being served a restraining order

  X Advised of Rights

on    Violation of  X Pre-trial Release

X Defendant released on previous conditions and additional conditions. Order forthcoming.

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                    s/ JAM
                                          Signature of Courtroom Deputy