## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Aditya Raj Sharma,

        Defendant,

Docket No. 0864 0:20CR00261-001 (DSD/TNL)

**Order Modifying
Conditions of Pretrial Release**

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of pretrial release:

- The defendant shall have no contact with K.E.K-D. (including letters, communication devices, audio, or visual devices, visits, or any contact through a third party) in accordance with case 19AV-CV-21-1760.

- The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

All other terms and conditions as previously ordered shall remain in effect.

### Directions to the United States Marshal

The defendant is ORDERED released after processing

Dated: November 24, 2021

s/Tony N. Leung
Tony N. Leung
U.S. Magistrate Judge