UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-261 (DSD/TNL)

United States of America,

       Plaintiff,

v.                                 **ORDER**

Aditya Raj Sharma,

       Defendant.

    This matter is before the court upon defendant's sixth motion to allow defendant to leave the state.  In light of defendant's noncompliance with his release conditions, and based on a review of the file, record, and proceedings herein,

    **IT IS HEREBY ORDERED** that defendant's request [ECF No. 82] is denied.

Dated: December 9, 2021                s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court