UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 20-261 (DSD/TNL)

United States of America,

        Plaintiff,

v.                                **ORDER**

Aditya Raj Sharma,

        Defendant.

This matter is before the court upon defendant Aditya Raj Sharma's pro se motions for the return of property, seeking approval for international travel, and seeking modification of the conditions of supervised release to allow him to open bank accounts without permission from the probation officer. Having reviewed the file and Sharma's submissions, the court is wholly unpersuaded that Sharma is entitled to any of the relief requested.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motion for return of property [ECF No. 172] is denied;

2. The motion for approval of international travel [ECF No. 174] is denied; and

3. The motion to modify conditions of release [ECF No. 176] is denied.

Dated: June 16, 2025

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court